United States Courts
Southern District of Texas
FILED
*December 17, 2021*
Nathan Ochsner, Clerk of Court

4:21-mj-2671

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION




FILED
APR 10 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CRIMINAL NO. W18CR118 |
| | * | |
| Plaintiff, | * | INDICTMENT |
| | * | |
| V. | * | [VIO: COUNT ONE: 18 U.S.C. 1029(a)(2) & (b)(1) – Access Device Fraud; 18 U.S.C. 2 – Aiding and Abetting; COUNT TWO: 18 U.S.C. 1028(a)(6) & (b)(1)(A)(i) -- Possession of a Stolen or Unlawfully Produced Document or Authentication Feature; 18 U.S.C. 2 – Aiding and Abetting] |
| | * | |
| | * | |
| | * | |
| SILAS S. PANZU, | * | |
| | * | |
| Defendant | * | |

THE GRAND JURY CHARGES:

### COUNT ONE
### [18 U.S.C. 2 and 1029(a)(2) & (b)(1)]

On or about December 21, 2017, in the Western District of Texas, the Defendant,

**SILAS S. PANZU,**

aided and abetted by another, knowingly and with intent to defraud, did use and did attempt to use an unauthorized access device, namely, one (1) American Express credit card, Account Number ***********9043, which affected interstate commerce, and through such use and attempted use, which occurred during a one-year period, obtained property of aggregate value of $1,000.00 or more, in violation of Title 18, United States Code, Sections 2 and 1029(a)(2) and (b)(1).

### COUNT TWO
### [18 U.S.C. 2 and 1028(a)(6) & (b)(1)(A)(i)]

On or about December 21, 2017, in the Western District of Texas, the Defendant,

**SILAS S. PANZU,**

aided and abetted by another, did knowingly possess an authentication feature, to-wit: a Permanent Resident Alien Registration Card, that is or appears to be an identification document or authentication feature of the United States which was stolen or produced without lawful authority, knowing that such document or feature was stolen or produced without such authority, the offense involved the production or transfer of an identification document, authentication feature, or false identification document that is or appears to be an identification document or authentication feature issued by or under the authority of the United States, all in violation of Title 18, United States Code, Sections 2 and 1028(a)(6) and (b)(1)(A)(i).

A TRUE BILL: **SEALED DOCUMENT PURSUANT TO E-GOVERNMENT ACT OF 2002**

_____
FOREPERSON

JOHN F. BASH
United States Attorney

_____
By:   MARY F. KUCERA
      Assistant United States Attorney

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

FILED
APR 10 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | CRIMINAL NO. **W18CR118** |
| | * | |
| SILAS S. PANZU | * | |

GOVERNMENT'S MOTION TO SEAL

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and moves this Honorable Court for an order that the Indictment returned by the Federal Grand Jury in Waco, Texas, on April 10, 2018, together with all related papers and this motion, be placed under seal of the Court until the arrest of Defendant, save for one copy to be provided to the United States Attorney's Office and one copy to be provided to the United States Pretrial Services Office.

Respectfully submitted,

JOHN F. BASH
United States Attorney

By: MARY F. KUCERA
Assistant United States Attorney
800 Franklin, Suite 280
Waco, TX 76701
(254) 750-1580

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION



FILED
APR 1 0 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | CRIMINAL NO. **W18CR118** |
| | * | |
| SILAS S. PANZU | * | |

ORDER TO SEAL

The Government having moved to seal the Indictment and all related papers filed in this case, and the Court finding said motion meritorious;

IT IS HEREBY ORDERED that the Indictment and related papers including the motion and this order be sealed until the arrest of Defendant, save for one copy to be provided to the United States Attorney's Office and one copy to be provided to the United States Pretrial Services Office.

SIGNED on this the 10th day of April, 2018.

_____
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

FUGITIVE

# U.S. District Court [LIVE]
# Western District of Texas (Waco)
# CRIMINAL DOCKET FOR CASE #: 6:18–cr–00118–ADA–1 *SEALED*

Case title: USA v. Sealed                                  Date Filed: 04/10/2018

Assigned to: Judge Alan D Albright

**Defendant (1)**

**Silas S. Panzu**

| **Pending Counts** | **Disposition** |
|---|---|
| 18 U.S.C. 1029(a)(2) & (b)(1) – Access Device Fraud; 18 U.S.C. 2 – Aiding and Abetting<br>(1) | |
| 18 U.S.C. 1028(a)(6) & (b)(1)(A)(i) – Possession of a Stolen or Unlawfully Produced Document or Authentication Feature; 18 U.S.C. 2 Aiding and Abetting<br>(2) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| **USA** | represented by | **Mary F. Kucera**<br>United States Attorney's Office<br>800 Franklin<br>Suite 280<br>Waco, TX 76701<br>(254) 750–1580 |
|---|---|---|

Email: mary.kucera@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 04/10/2018 | 1 | 3 | MOTION to Seal by USA as to Silas S. Panzu. (jch) (Entered: 04/10/2018) |
| 04/10/2018 | 2 | 4 | ORDER GRANTING 1 Motion to Seal as to Silas S. Panzu (1). Signed by Judge Jeffrey C. Manske. (jch) (Entered: 04/10/2018) |
| 04/10/2018 | 5 | | Personal Data Sheet (SEALED) as to Silas S. Panzu. (jch) (Entered: 04/10/2018) |
| 04/11/2018 | 8 | | Sealed Document filed. (jch) (Entered: 04/11/2018) |
| 09/20/2018 | 9 | | ORDER as to Silas S. Panzu reassigning to Judge Alan D Albright. Judge Robert Pitman no longer assigned for Silas S. Panzu. Signed by Judge Robert Pitman. (jk) (Entered: 09/24/2018) |

2